NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HBAC MATCHMAKER MEDIA, INC.,**
*Plaintiff-Appellant*

v.

**GOOGLE INC., YOUTUBE, LLC, ESPN, INC., DISNEY ONLINE, AMERICAN BROADCASTING COMPANIES, INC., YAHOO! INC., BRAVO MEDIA LLC, NBC ENTERTAINMENT, UNIVERSAL TELEVISION NETWORKS, CBS INTERACTIVE, INC.,**
*Defendants-Appellees*

---

2015-1447, -1478, -1479, -1480, -1481

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00429-SLR-SRF, 1:13-cv-00433-SLR-SRF, 1:13-cv-00438-SLR-SRF, 1:13-cv-00430-SLR-SRF, 1:13-cv-00428-SLR-SRF, Judge Sue L. Robinson.

---

### O R D E R

The above-captioned appeals appear to be related.

We consolidate the cases so that only one set of briefs needs to be filed for the five appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than May 19, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26